# Exhibit 2

# NOTICE FROM THE
# WEST VIRGINIA SECRETARY OF STATE

On October 3, 2014, you were sent a corrected ballot. You must return that corrected ballot if you wish to have your vote counted in the election. Read this notice carefully. It explains what you must do to have your corrected ballot counted. This notice contains the final instructions and supersedes any other instructions you may have earlier received from this office or anyone else.

**YOU MAY RETURN YOUR BALLOT BY THE INDICATED DEADLINE IN THE FOLLOWING WAYS ONLY:**

- *BY MAIL*: If you mail your ballot, the envelope must be postmarked no later than November 4, 2014. Please use either the return envelope this office provided to you or mail your ballot to the following address:

    Kanawha County Clerk's Office
    Attention: Absentee Ballot Office
    409 Virginia Street East
    Charleston, WV 25301

- *BY FAX OR EMAIL*: If you fax or email your ballot, it must be received no later than the closing of the polls on November 4, 2014. Please use either of the following:

    Fax:      (304)-357-0613
    Email:    voter@kanawha.us

If you receive this notice via email, please reply and acknowledge receipt. If you have any questions, please contact lbrown@wvsos.com or 304-558-6000.