IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF WEST VIRGINIA; and )<br>NATALIE E. TENNANT, Secretary of )<br>State of the State of West Virginia, in her )<br>official capacity, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 2:14-cv-27456 |

**UNITED STATES' MOTION FOR EMERGENCY
SUPPLEMENTAL INJUNCTIVE RELIEF**

Plaintiff United States of America, pursuant to Rule 65 of the Federal Rules of Civil Procedure, respectfully moves for an order granting immediate injunctive relief against Defendants to enforce the rights of uniformed services and overseas voters to vote by absentee ballot in the State of West Virginia's November 4, 2014 Federal general election as guaranteed by the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"). 52 U.S.C. § 20301 *et seq*.

On October 31, 2014, the United States filed a Complaint alleging violations of UOCAVA arising from Defendants' failure to timely transmit final UOCAVA ballots prior to the November 4, 2014 Federal general election. On November 3, 2014, this Court entered a consent decree under which the Defendants are required to take certain actions as a partial remedy for the stipulated violation of UOCAVA, including: 1) extending the state law deadline, to November 17, 2014, for counting the votes for Federal offices contained on the corrected ballots, and on Federal Write In Absentee Ballots, returned by affected UOCAVA voters, provided they were

1

executed on or before November 4, 2014; 2) sending appropriate notice and instructions to affected UOCAVA voters; and 3) providing reports of actions taken pursuant to the consent decree. *See* Consent Decree, ECF No. 5.

On November 3, 2014, citing the West Virginia Supreme Court of Appeals' October 1 order requiring corrected ballots and its October 30 order denying the State's request to clarify the earlier order, the Defendants advised the United States that absent a federal court order, they will not agree to count votes for Federal office cast on the original UOCAVA ballots returned by affected voters, even if those ballots are the only ballots received from the voters.

Under the terms of the consent decree, the United States reserved the right to seek further relief from this Court requiring the State to count the original ballots, and the Court retained jurisdiction to consider such supplemental relief. As explained more fully in the accompanying memorandum, the factors for entry of the requested injunctive relief are met here. West Virginia's failure to implement this measure threatens to disenfranchise a number of the affected voters and thus prevents a complete remedy for the State's UOCAVA violation. To avoid irreparable harm to the affected military and overseas voters, entry of supplemental relief by this Court is necessary to ensure that all voters are provided the opportunity guaranteed by UOCAVA to receive, cast, and return their ballots in time to be counted for federal offices in the November 4, 2014 general election.

Accordingly, the United States hereby moves for emergency supplemental injunctive relief requiring the Defendants to take such steps as are necessary to ensure that election officials count votes for Federal office contained on all those original UOCAVA ballots that were transmitted to affected voters in State Delegate District 35 on or before September 20, 2014, that are returned by postal or express mail, provided that such ballots were executed on or before

November 4, 2014 and are received by November 17, 2014, or returned by email or facsimile by November 4, 2014, if that ballot is the only ballot returned by the UOCAVA voter by November 17, 2014 and is otherwise valid under State law.  The basis for the United States' motion is set forth in the accompanying Memorandum.  A Proposed Order also accompanies this filing.

Respectfully submitted,

Date: November 6, 2014

| | |
|---|---|
| R. BOOTH GOODWIN II<br>United States Attorney | VANITA GUPTA<br>Acting Assistant Attorney General<br>Civil Rights Division |
| By: /s/ *Gary L. Call*<br>GARY L. CALL<br>Assistant United States Attorney<br>WV State Bar No. 589<br>P.O. Box 1713<br>Charleston, WV  25326<br>Telephone:    (304) 345-2200<br>Facsimile:     (304) 347-5440<br>gary.call@usdoj.gov | /s/ *Spencer R. Fisher*<br>T. CHRISTIAN HERREN, JR.<br>SARABETH DONOVAN<br>SPENCER R. FISHER<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone:    (202) 305-0015<br>Facsimile:     (202) 307-3961<br>spencer.fisher@usdoj.gov<br>sarabeth.donovan@usdoj.gov |

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on November 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

RICHARD R. HEATH, JR.
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
richie.r.heath@wvago.gov

MISHA TSEYTLIN
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
misha.tseytlin@wvago.gov

J. ZAK RITCHIE
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
zak.j.ritchie@wvago.gov

JENNIFER S. GREENLIEF
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
jennifer.s.greenlief@wvago.gov

                  /s/ *Spencer R. Fisher*
                  Spencer R. Fisher