IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:14-cv-27456 |
| v. | ) | |
| | ) | |
| THE STATE OF WEST VIRGINIA; and NATALIE E. TENNANT, Secretary of State of the State of West Virginia, in her official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT STATE OF WEST VIRGINIA'S RESPONSE TO PLAINTIFF THE UNITED STATES OF AMERICA'S MOTION FOR EMERGENCY SUPPLEMENTAL INJUNCTIVE RELIEF**

    The State of West Virginia does not oppose the relief requested by the United States in its motion for supplemental injunctive relief. Doc. 6.

                                            Respectfully submitted,

                                            PATRICK MORRISEY
                                            Attorney General of West Virginia

                                            */s/ Richard R. Heath, Jr.*
                                            RICHARD R. HEATH, JR.
                                            Deputy Attorney General
                                            J. ZAK RITCHIE
                                            Assistant Attorney General
                                            State Capitol Complex
                                            Bldg. 1, Room E-26
                                            Charleston, WV 25305
                                            Tel. (304) 558-2021
                                            Fax (304) 558-0140
                                            richie.r.heath@wvago.gov
                                            *Counsel for Defendant State of West Virginia*

November 7, 2014

## CERTIFICATE OF SERVICE

  I hereby certify that on November 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

R. BOOTH GOODWIN II
United States Attorney
GARY L. CALL
Assistant United States Attorney
WV State Bar No. 589
P.O. Box 1713
Charleston, WV 25326
Telephone: (304) 345-2200
Facsimile: (304) 347-5440
gary.call@usdoj.gov

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division
T. CHRISTIAN HERREN, JR.
SARABETH DONOVAN
SPENCER R. FISHER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0015
Facsimile: (202) 307-3691
spencer.fisher@usdoj.gov
sarabeth.donovan@usdoj.gov

MISHA TSEYTLIN
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
misha.tseytlin@wvago.gov

JENNIFER S. GREENLIEF
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
jennifer.s.greenlief@wvago.gov

RICHARD R. HEATH, JR.
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
richie.r.heath@wvago.gov

J. ZAK RITCHIE
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
zak.j.ritchie@wvago.gov