IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:14-cv-27456 |
| v. | ) | |
| | ) | |
| THE STATE OF WEST VIRGINIA; and NATALIE E. TENNANT, Secretary of State of the State of West Virginia, in her official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THE STATE OF WEST VIRGINIA'S RESPONSE TO
THE UNITED STATES' BRIEF ON THE MERITS**

The State of West Virginia ("State") does not oppose the relief requested by the United States in its brief on the merits. *See* ECF 17 at 18.

In general, the State continues to believe that every reasonable effort should be made to ensure that all qualified voters under the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") are "permit[ted] . . . to use absentee registration procedures and to vote by absentee ballot in general, special, primary, and runoff elections for Federal office." 52 U.S.C. § 20302(a)(1). UOCAVA thus extends to qualified voters the opportunity to exercise the fundamental right to vote in federal elections. *See id. See, e.g., United States v. West Virginia*, No. 14-27456, 2014 WL 6471493, at *3 (S.D. W. Va. Nov. 18, 2014) ("state officials have taken such steps as necessary to ensure that affected overseas voters . . . have sufficient opportunity to receive, mark and return ballots for the two federal offices"); *Doe v. Walker*, 746 F. Supp. 2d 667, 682 (D. Md. 2010) ("Extending the deadline will allow absent uniformed services and

overseas voters the same opportunity to have their votes counted as is afforded other Maryland voters."); *United States v. Cunningham*, No. 08-709, 2009 WL 3350028, at *7 (E.D. Va. Oct. 15, 2009) ("Defendants violated UOCAVA by failing to give UOCAVA voters a reasonable opportunity to execute and return as validly-cast their timely-requested absentee ballots."); *United States v. Alabama*, 857 F. Supp. 2d 1236, 1242 (M.D. Ala. 2012) ("[E]nsuring that [UOCAVA] voters, many of whom risk their lives at the request of their government, have the opportunity to vote is certainly in the public interest."); *Bush v. Hillsborough Cnty. Canvassing Bd.*, 123 F. Supp. 2d 1305, 1311 n.11 (N.D. Fla. 2000) ("'When overseas voters fail to receive their absentee ballots in time to vote and return them[,] . . . . [a] solution is to ensure that affected voters . . . nonetheless have an opportunity to vote.' (quoting H.R. Rep. No. 99-765, at 10, 12-13 (1986))) (ellipses omitted).

                                                      Respectfully submitted,

                                                      PATRICK MORRISEY
                                                      Attorney General of West Virginia

                                                      /s/ *J. Zak Ritchie*
                                                      Richard R. Heath, Jr.
                                                        Deputy Attorney General
                                                      J. Zak Ritchie
                                                        Assistant Attorney General
                                                      State Capitol Complex
                                                      Bldg. 1, Room E-26
                                                      Charleston, WV 25305
                                                      Tel. (304) 558-2021
                                                      Fax (304) 558-0140
                                                      richie.r.heath@wvago.gov
                                                      *Counsel for Defendant State of West Virginia*

December 12, 2014

CERTIFICATE OF SERVICE

        I hereby certify that on December 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

R. BOOTH GOODWIN II
United States Attorney
GARY L. CALL
Assistant United States Attorney
WV State Bar No. 589
P.O. Box 1713
Charleston, WV 25326
Telephone:	(304) 345-2200
Facsimile:	(304) 347-5440
gary.call@usdoj.gov

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division
T. CHRISTIAN HERREN, JR.
SARABETH DONOVAN
SPENCER R. FISHER
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone:	(202) 305-0015
Facsimile:	(202) 307-3691
spencer.fisher@usdoj.gov
sarabeth.donovan@usdoj.gov

MISHA TSEYTLIN
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone:	(304) 558-2021
Facsimile:	(304) 558-0140
misha.tseytlin@wvago.gov

JENNIFER S. GREENLIEF
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone:	(304) 558-2021
Facsimile:	(304) 558-0140
jennifer.s.greenlief@wvago.gov

RICHARD R. HEATH, JR.
Deputy Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone:	(304) 558-2021
Facsimile:	(304) 558-0140
richie.r.heath@wvago.gov

J. ZAK RITCHIE
Assistant Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
Telephone:	(304) 558-2021
Facsimile:	(304) 558-0140
zak.j.ritchie@wvago.gov

        /s/ J. Zak Ritchie
        J. Zak Ritchie