```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                  Civil Action No. 2:14-27456

**THE STATE OF WEST VIRGINIA**
and **NATALIE E. TENNANT,**
Secretary of State of West Virginia,
in her official capacity,

      Defendants.


## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this day in the above-styled civil action, it is ORDERED and ADJUDGED that the plaintiff be, and it hereby is, granted the injunctive relief further specified herein and that judgment be, and it hereby is, entered in the plaintiff's favor.

Specifically, it is further ORDERED and ADJUDGED as follows:

1. That the defendants, the State of West Virginia and the Secretary of State of West Virginia, be, and they hereby are, directed to take such steps as are necessary to ensure:

    a. That the votes in the November 4, 2014 election for United States Senate and United States House of Representatives on otherwise conforming original ballots cast by the four UOCAVA voters in the 35th House of Delegates District who did not return a corrected ballot are counted; and

    b. That the results in those two races are amended to reflect the inclusion of those votes.

2. That the defendants be, and they hereby are, directed to notify the court and counsel for the United States within forty days of the entry of this order that those votes in those two races have been counted.

3. That this action be, and it hereby is, dismissed and stricken from the docket, without prejudice to the plaintiff petitioning this court within sixty days of the entry of this order for further relief as may be necessary to effectuate the terms of this Judgment.

The Clerk is directed to transmit a copy of this Judgment to all counsel of record and any unrepresented parties.

ENTER: December 22, 2014

John T. Copenhaver, Jr.
United States District Judge